AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

United States Courts
Southern District of Texas
FILED

*July 23, 2024*

Nathan Ochsner, Clerk of Court

UNITED STATES OF AMERICA
V.
**Teodulo Palominos-Aparicio**

AKA: Teodolo Palominos-Aparicio

IAE   YOB: 1970
Mexico

## CRIMINAL COMPLAINT

Case Number:   M-24-1200-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about __July 21, 2024__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

The Defendant being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the Defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony).
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Teodulo Palominos-Aparicio was encountered by Border Patrol Agents near Mission, Texas, on July 21, 2024. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on July 21, 2024, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on August 22, 2022, through Brownsville, Texas. Prior to Deportation/Exclusion, the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On October 12, 2023, the Defendant was convicted of 8 USC 1326, Illegal Re-Entry, and sentenced to one hundred seventeen (117) days confinement.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

Complaint authorized by AUSA R. Guerra
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

__July 23, 2024__ at 8:01 a.m.

__J. Scott Hacker__                    , **U.S. Magistrate Judge**
Name and Title of Judicial Officer

/s/   Juan A. Garcia
Signature of Complainant

Juan A. Garcia           Border Patrol Agent

Signature of Judicial Officer